Carlos Makoto Taitano, State Bar No. 275820
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone: 1 671 777 0581
Email: makoto@taitano.us.com

Attorney for Applicant
Yutaka Yamashita

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Yutaka Yamashita,<br><br>    Applicant. | Case Number:<br><br>**DECLARATION OF YUTAKA YAMASHITA IN SUPPORT OF YUTAKA YAMASHITA'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Yutaka Yamashita, declare as follows:

1. I reside in Kochi-ken, Japan.

2. I have personal knowledge of each of the matters stated herein.

3. I submit this declaration in support of Yutaka Yamashita's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings (hereinafter "**Application**").

4. I personally write a blog on the Ameba blogging platform at https://ameblo.jp/yamashita2434/ .

5. Many members of the public view my blog posts.

6. An anonymous individual (hereinafter "**Anonymous Individual 1**") with the display name of "*a*" (hereinafter "**Account 1**"), published a false, defamatory, and malicious comment to my blog post (hereinafter "**Comment 1**") at: https://ameblo.jp/yamashita2434/entry-12793554061.html; attached as **Exhibit 1** is a true and correct copy of Comment 1.

7. On the Ameba blogging platform, the owner of each blog is able to check the IP address of those persons that publish comments to their blog; attached as **Exhibit 2** is a true and correct copy of the IP address of Account 1 that the Applicant was able to confirm.

8. Comment 1 states "This man is a drug addict, and has a history of being arrested by the police" which is plainly and completely false, because I have never in my life been addicted to drugs, I have never in my life used illegal drugs, and I have never in my life been arrested by the police.

9. As of today, Comment 1 has been removed by the blogging platform for violating its terms of use.

10. Between the time that Comment 1 was published and the time that Comment 1 was removed, approximately 100 people "liked" the blog post to which Comment 1 was published, meaning that at least 100 people viewed my blog post with the above false and defamatory comment.

11. Comment 1 was the first and only comment to the subject blog post for approximately 11 days, so a person that read the blog post likely also viewed Comment 1.

12. I have been suffering from depression for many years, and my condition has worsened because of Comment 1, because I became depressed thinking "how many people believed this malicious comment?"

13. I suffered and continue to suffer emotionally and physically from Comment 1.

14. I have no means of identifying, and have been unable to identify, the true identity of Anonymous Individual 1.

15. I consulted and hired Attorney Akio Noguchi about filing a civil lawsuit in Japan against Anonymous Individual 1 and I was advised by Attorney Noguchi that I would need to first discover the true identity of Anonymous Individual 1 because the true identity of Anonymous Individual 1 is necessary to file a civil lawsuit against Anonymous Individual 1 in Japan.

16. Once the true identity of Anonymous Individual 1 is revealed, I intend to and will file a civil lawsuit against Anonymous Individual 1 for damaging my reputation.

17. Anonymous Individual 1 is likely a Japanese national because Comment 1 is written in fluent Japanese and purports to know my past.

18. Throughout my life I have only resided in Japan, I have only worked in Japan, and I have never resided in or worked in the United States.

19. The identity of Anonymous Individual 1 will only be used for the purpose of pursuing a civil lawsuit against Anonymous Individual 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2023.

山下 豊
YUTAKA YAMASHITA

Page 3 of 3

Declaration of Yutaka Yamashita

コメント (1)

1. この男は麻薬中毒者で、警察に逮捕された過去があります。

   a  2023-03-14 18:30:46    返信する

[ コメントする ]

**Exhibit 1**



**Exhibit 2**