Carlos Makoto Taitano, State Bar No. 275820
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone: 1 671 777 0581
Email: makoto@taitano.us.com

Attorney for Applicant
Yutaka Yamashita

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Yutaka Yamashita,<br><br>　　　　　Applicant. | Case Number:<br><br>**DECLARATION OF YOSHIE KATSURADA IN SUPPORT OF YUTAKA YAMASHITA'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Yoshie Katsurada, declare as follows:

1. I am over the age of eighteen years.

2. I am qualified to translate from the Japanese language to the English language because I can read, write, and understand both the English language and Japanese language fluently.

3. I submit this declaration in support of Yutaka Yamashita's <u>*Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings</u>.

//

//

//

//

//

Page **1** of **2**

Declaration of Yoshie Katsurada

4. I translated Exhibit 1 that is attached to the Declaration of Yutaka Yamashita (which declaration will be submitted concurrently herewith) from the Japanese language to the English language; **Exhibit A** attached hereto is a true and correct English translation of Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2023.



YOSHIE KATSURADA

Comment (1)

1. This man is a drug addict, and has a history of being arrested by the police

   a 2023-03-14 18:30:46                           ↶ Reply

 Submit Comment

**Exhibit A**